AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Patricia Wallis, administratrix of the estate of T. Jeffrey Healey, and next best friend

V.

Certain John Doe Police Officers of the City of Worcester Police Department

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03-11318 JLT

TO: (Name and address of Defendant)

Chief Gallagher, as agent for
Certain John Doe Police Officers
Worcester Police Department
9-11 Lincoln Square
Worcester, Massachusetts 01608

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Mahaney, Esquire
Theodore U. Goguen, Esquire
Goguen, McLaughlin, Richards & Mahaney LLP
The Harriette Beecher Stowe House
Two Pleasant Street
South Natick, Massachusetts 01760

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE July 15, 2003

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

07/31/2003

I hereby certify and return that on 07/29/2003 at 2:22 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to KAREN MANDUKE, agent, person in charge at the time of service for JAMES GALLAGHER, CHIEF, as agent for Certain John Doe Police Officers, at the WORCESTER POLICE DEPARTMENT, 9-11 LINCOLN SQ, WORCESTER, MA. Fees: Service 22.50, Travel 16.20, Conveyance 2.00, Attest 3.50 & Postage and Handling 1.00 & STATE FEE 12.00, Total fees: $57.20

Deputy Sheriff David G Westerman

**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.