UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PATRICIA WALLIS, As Administratrix
of the Estate of T. Jeffrey Healey,
and next best friend**
        **Plaintiff**

**V.**

**CERTAIN JOHN DOE POLICE OFFICERS
OF THE CITY OF WORCESTER POLICE DEPT.,**
        **Defendants.**

CIVIL ACTION

NO. 03-11318-JLT

**ORDER**

TAURO, D.J.

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

By The Court,

_____
Deputy Clerk

Date: 3/15/04

Copies to:  Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)  [divtranout.]