UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-11318 (FDS)

PATRICIA WALLIS, )
As Administratrix of the )
Estate of T. Jeffrey Healey, )
and next best friend, )
      Plaintiff )
)
v. )
)
CERTAIN JOHN DOE POLICE )
OFFICERS OF THE CITY OF )
WORCESTER POLICE DEPARTMENT, )
      Defendants )
)

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and LR Rule 16.1(D), counsel for the above-named parties have conferred and jointly propose the following joint statement.

I.   Proposed Pretrial Schedule.

While the parties believe that, under present circumstances, they will be able to adhere to the following proposed pretrial schedule, the parties reserve the right to seek leave of Court to modify the schedule upon good cause.

1. Automatic discovery completed by 8/18/04.

2. Amendments and/or supplements to the pleadings may be filed by 5/10/05 subject to the provisions of the Federal Rules of Civil Procedure.

3. Written discovery requests are to be served by 11/30/04 and answers are to be served by 12/31/04.

4. All fact depositions are to be completed by 4/30/05.

5. Parties are to file joint status report by 5/15/05 re: mediation and ADR.

6. All trial experts are to be designated by plaintiff by 5/31/05 and disclosure of information contemplated by Fed. R. Civ. P. 26(a)(2) is to be provided by 5/31/05. Defendants by 6/30/05 and 6/30/05. Expert depositions are to be completed by 8/31/05.

7. Discovery is to be completed by 8/31/05, unless shortened or enlarged by Order of this Court.

8. All dispositive motions, including motions for summary judgment, are to be filed by 9/30/05 and responses are to be filed by 10/14/05.

9. A final pretrial conference will be held in December, 2005 to be scheduled by the Court.

II. Certifications.

Certifications regarding each party's consultation with counsel as to budgets and alternative dispute resolution will be filed separately.

III. Consent to Trial by Magistrate.

The parties do not consent to trial by Magistrate.

PATRICIA WALLIS, AS
ADMINISRATIX OF THE
ESTATE OF T. JEFFREY
HEALEY AND NEXT BEST FRIEND

_____
Theodore H. Goguen, Esq.
(BBO#196740)
Joseph M. Mahaney, Esq.
(BBO#549042)
Goguen, McLaughlin, Richards
  and Mahaney, LLP
2 Pleasant Street
South Natick, MA  01760
(508) 651-1000

CERTAIN JOHN DOE POLICE OFFICERS
OF THE CITY OF WORCESTER POLICE
DEPARTMENT

_____
Donald V. Rider, Jr.
Assistant City Solicitor
(BBO#549777)
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161

2