```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>      Plaintiff<br><br>v.<br><br>CERTAIN JOHN DOE POLICE<br>OFFICERS OF THE CITY OF<br>WORCESTER POLICE DEPARTMENT,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Certain John Doe Police Officers of the City of Worcester Police Department hereby move this Court to grant them judgment on the pleadings contained in Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(c).

In support of this Motion, Defendants state that Plaintiff's Complaint purports to state a claim under 42 U.S.C. § 1983. In order to state a claim under § 1983, a claim must allege a violation of a constitutional right or federal law. However, Plaintiff's Complaint merely alleges violations of Mass. Gen. Laws c. 40, §§ 36B and 36C, which is legally insufficient to provide a basis for § 1983 liability. Accordingly, Defendants are entitled to judgment on the pleadings contained in Plaintiff's Complaint.

In further support of this Motion, Defendants refer this Court to their Memorandum of Law filed herewith.

WHEREFORE, Defendants move this Court to grant them judgment on the pleadings contained in Plaintiff's Complaint.

```
                              CERTAIN POLICE OFFICERS OF THE CITY
                              OF WORCESTER POLICE DEPARTMENT

                              By their attorneys,
                              David M. Moore
                              City Solicitor


                               /s/Donald V. Rider, Jr.
                              Donald V. Rider, Jr. (BBO#549777)
                              Assistant City Solicitor
                              City Hall, Room 301
                              455 Main Street
                              Worcester, MA  01608
                              (508) 799-1161
```

### CERTIFICATE OF LR 7.1(A)(2) CONFERENCE

I, the undersigned, hereby certify that, on this <u>30th</u> day of September, 2005, I conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues presented in this Motion.

```
                               /s/Donald V. Rider, Jr.
                              Donald V. Rider, Jr.
                              Assistant City Solicitor
```

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served upon Plaintiff the within Defendants' Motion for Judgment on the Pleadings by mailing a copy of the same, postage prepaid, to Joseph M. Mahaney, Esquire, Goguen, McLaughlin, Richards & Mahaney, LLP, 2 Pleasant Street, South Natick, MA 01760 on this <u>30th</u> day of September, 2005.

```
                               /s/Donald V. Rider, Jr.
                              Donald V. Rider, Jr.
                              Assistant City Solicitor
```