## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend. <br>     *Plaintiff* <br><br> v <br><br><br> CERTAIN JOHN DOE POLICE OFFICERS OF THE CITY OF WORCESTER POLICE DEPARTMENT <br>     *Defendant* | **CIVIL ACTION** <br> **DOCKET NO.: 03-11318-FDS** |

## PLAINTIFF'S MOTION TO ELARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO COMPEL PLAINTIFF'S ANSWERS TO DEFENDANTS' DISCOVERY

Now comes the Plaintiff, Patricia Wallis, as Administratrix of the Estate of T.Jeffrey Healey, and next best friend, ("Plaintiff") and hereby moves this Court to grant the within Motion and extend the time for Plaintiff to respond to Defendants, Certain John Doe Police Officers of the City of Worcester Police Department, ("Defendants") Motion for Judgment on the Pleadings and Motion to Compel Plaintiff's Response to Defendants' Written Discovery ("Motion to Compel") to **Monday, November 14, 2005**. In support of Plaintiff's Motion, she states as follows:

1.    Defendants filed their Motion for Judgment on the Pleadings and Motion to Compel with the Court on September 30, 2005.

1

2.    Pursuant to Local Rule 7.1 Plaintiff has fourteen (14) days to respond to said
Motions.  Plaintiff's responses to Defendants' Motions would therefore be due
Thursday, October 13, 2005.

3.    Plaintiff requests additional time to respond to Defendants' two (2) Motions due
to the complexity of the issues presented in Defendants' Motions.  Plaintiff,
furthermore, states that additional time is needed in order to conduct proper
research to adequately respond to Defendants' Motions.

4.    Plaintiff's counsel is currently preparing for five (5) trials the first of which
commences Monday, October 24, 2005 in the United States District Court for
the District of Massachusetts, Boston.  These trials stem from a civil action
which has been disposed of and now the individual class members are
beginning their individual suits. (*See* Civil Action No.: 00-10981-RWZ).

5.    Also, during the previous two weeks (September 20, 2005 – October 5, 2005)
Plaintiff's counsel has been served with four (4) motions for summary judgment
by the defendants in the five (5) cases referenced above in paragraph number 3.
Plaintiff's counsel is in the process of responding to those motions for summary
judgment prior to the trials commencing. (*See* Civil Action No.: 00-10981-
RWZ).

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court grant this

Motion and enlarge the time for Plaintiff to respond to Defendants Motion for

Judgment on the Pleadings and Motion to Compel Plaintiff's Response to

Defendants' Written Discovery to **Monday, November 14, 2005** for the reasons set

forth herein.

> Respectfully Submitted:
> Plaintiff,
> By Her Attorneys:
>
> /s/ *Theodore H. Goguen, Jr., Esq.*
> /s/ *Joseph M. Mahaney, Esq.*
>
> _____
> Theodore H. Goguen, Jr., Esq.
> BBO # 196740
> Joseph M. Mahaney, Esq.
> BBO # 549042
> Goguen, McLaughlin, Richards,
> & Mahaney, LLP
> 2 Pleasant Street
> S. Natick, MA 01760
> (508) 651-1000

Dated:  October 12, 2005

## Local Rule 7.1 Certification

We hereby certify that I have attempted to confer on two (2) occasions with Defendants' counsel in an attempt to narrow the issues raised by this motion.

> /s/ *Theodore H. Goguen, Jr., Esq.*
> /s/ *Joseph M. Mahaney, Esq.*
>
> _____
> Theodore H. Goguen, Jr., Esq.
> Joseph M. Mahaney, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney(s) of record for each other party by mail / hand on __10/12/05__ .

Theodore H. Goguen, Jr., Esq.
/s/ _____