UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend.<br>*Plaintiff*<br><br>v<br><br>CERTAIN JOHN DOE POLICE OFFICERS OF THE CITY OF WORCESTER POLICE DEPARTMENT<br>*Defendant* | CIVIL ACTION<br>DOCKET NO.: 03-11318-FDS |

## PLAINITFF, PATRICIA WALLIS, AS ADMINISTRATRIX OF THE ESTATE OF T. JEFFREY HEALEY, AND NEXT BEST FRIEND'S OPPOSITION TO DEFENDANTS, CERTAIN JOHN DOE POLICE OFFICERS OF THE CITY OF WORCESTER POLICE DEPARTMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes Plaintiff, Patricia Wallis, as Administratix of the Estate of T. Jeffrey Healey, and next best friend, and hereby opposes Defendants, Certain John Doe Police Officers of the City of Worcester Police Departments' Motion for Judgment on the Pleadings. Plaintiff respectfully requests this Honorable Court DENY Defendants' Motion for the reasons set forth in Plaintiff's accompanying Memorandum of Law in Support of Plaintiff's Opposition.

1

Respectfully Submitted:
Plaintiff,
By Her Attorneys:

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

Theodore H. Goguen, Jr., Esq.
BBO # 196740
Joseph M. Mahaney, Esq.
BBO # 549042
GOGUEN, MCLAUGHLIN, RICHARDS,
& MAHANEY, LLP
2 Pleasant Street
S. Natick, MA 01760
(508) 651-1000

Dated: November 14, 2005

### CERTIFICATE OF SERVICE

We hereby certify that a true copy of the above document was served upon Donald V. Rider, Jr., Esquire, Assistant City Solicitor, City of Worcester, Law Department, City Hall, Room 301, Worcester, MA 01608, the attorney of record for the Defendants by first class mail this 14th day of November 2005.

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

Theodore H. Goguen, Jr., Esq.
Joseph M. Mahaney, Esq.