UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend. *Plaintiff* <br><br> v <br><br> CERTAIN JOHN DOE POLICE OFFICERS OF THE CITY OF WORCESTER POLICE DEPARTMENT *Defendant* | CIVIL ACTION <br> DOCKET NO.: 03-11318-FDS |

### PLAINITFF, PATRICIA WALLIS, AS ADMINISTRATRIX OF THE ESTATE OF T. JEFFREY HEALEY, AND NEXT BEST FRIEND'S RESPONSE TO DEFENDANTS, CERTAIN JOHN DOE POLICE OFFICERS OF THE CITY OF WORCESTER POLICE DEPARTMENT'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DEFENDANTS' WRITTEN DISCOVERY

Plaintiff, Patricia Wallis, as Administratix of the Estate of T. Jeffrey Healey, and next best friend, ("Plaintiff") and hereby responds to Defendants, Certain John Doe Police Officers of the City of Worcester Police Departments' ("Defendants") Motion to Compel Plaintiff's Response to Defendants' Written Discovery and respectfully requests this Honorable Court DENY Defendants' Motion for the reasons set forth herein.

Due to unforeseen events and circumstances, Plaintiff has been unable to locate and/or collect certain discoverable documents and information necessary to respond to Defendants discovery requests. Plaintiff, however, has presently obtained a majority of the documents requested and information necessary to form responses to Defendants interrogatories.

1

Plaintiff, therefore, requests this Honorable Court deny Defendants Motion to Compel and asserts that Plaintiff will respond to Defendants discovery requests in a timely manner.

Respectfully Submitted:
Plaintiff,
By Her Attorneys:

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

Theodore H. Goguen, Jr., Esq.
BBO # 196740
Joseph M. Mahaney, Esq.
BBO # 549042
GOGUEN, MCLAUGHLIN, RICHARDS,
& MAHANEY, LLP
2 Pleasant Street
S. Natick, MA 01760
(508) 651-1000

Dated: November 14, 2005

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the above document was served upon Donald V. Rider, Jr., Esquire, Assistant City Solicitor, City of Worcester, Law Department, City Hall, Room 301, Worcester, MA 01608, the attorney of record for the Defendants by first class mail this 14th day of November 2005.

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

Theodore H. Goguen, Jr., Esq.
Joseph M. Mahaney, Esq.