UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-11318(FDS)

| | |
|---|---|
| PATRICIA WALLIS, <br> As Administratrix of the <br> Estate of T. Jeffrey Healey, <br> and next best friend, <br>     Plaintiff <br><br> v. <br><br> CERTAIN JOHN DOE POLICE <br> OFFICERS OF THE CITY OF <br> WORCESTER POLICE DEPARTMENT, <br>     Defendants | DEFENDANTS' MOTION <br> FOR LEAVE TO FILE BRIEF <br> IN REPLY TO PLAINTIFF'S <br> OPPOSITION TO <br> DEFENDANTS' MOTION <br> FOR JUDGMENT ON THE <br> PLEADINGS |

    Defendants Certain John Doe Police Officers of the City of Worcester Police Department hereby move this Court, pursuant to LR 7.1(B)(3), for leave to file a brief in reply to Plaintiff's Opposition to Defendants' Motion For Judgment on the Pleadings. The proposed reply brief is attached hereto as "Attachment 1."

    In support of this Motion, Defendants state that Plaintiff raises two (2) contentions in her Opposition:

- First, she contends that her claim under 42 U.S.C. § 1983 is not based on any alleged violation of state law -- even though her own expert witness designation under Fed. R. Civ. P. 26(a)(2) explicitly concedes that state law is the (impermissible) basis for her § 1983 claim.

- Second, Plaintiff alternatively contends that, if state law does provide the (impermissible) basis for her § 1983 claim, she should be "freely given" leave to amend her Complaint in order to allege a violation of federal right as the basis for her § 1983 claim -- even though the proper standard is instead that of "good cause," a standard she cannot satisfy because she cannot demonstrate the diligence necessary to secure Court permission for amending her legally insufficient Complaint.

Therefore, the requirements of justice dictate that Defendants be granted leave to file a brief in reply to Plaintiff's Opposition.

WHEREFORE, Defendants move this Court to grant Defendants leave to file the attached reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings.

```
                              CERTAIN POLICE OFFICERS OF THE
                              CITY OF WORCESTER POLICE
                              DEPARTMENT

                              By their attorneys,
                              David M. Moore
                              City Solicitor


                               /s/ Donald V. Rider, Jr.
                              Donald V. Rider, Jr.
                              (BBO#549777)
                              Assistant City Solicitor
                              City Hall, Room 301
                              455 Main Street
                              Worcester, MA  01608
                              (508) 799-1161
```

**CERTIFICATE OF LR 7.1(A)(2) CONFERENCE**

    I, the undersigned, hereby certify that, on this  6th  day of December, 2005, I conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues presented in this Motion.

                                    /s/ Donald V. Rider, Jr.
                                    Donald V. Rider, Jr.
                                    Assistant City Solicitor

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I served upon Plaintiff the within Defendants' Motion for Leave to File Brief in Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings (including "Attachment 1") by mailing a copy of the same, postage prepaid, to Joseph M. Mahaney, Esquire, Goguen, McLaughlin, Richards & Mahaney, LLP, 2 Pleasant Street, South Natick, MA 01760 on this  6th  day of December, 2005.

                                    /s/ Donald V. Rider, Jr.
                                    Donald V. Rider, Jr.
                                    Assistant City Solicitor