UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend. <br> *Plaintiff* <br><br> v <br><br> CERTAIN JOHN DOE POLICE OFFICERS OF THE CITY OF WORCESTER POLICE DEPARTMENT <br> *Defendant* | CIVIL ACTION <br> DOCKET NO.: 03-11318-FDS |

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Plaintiff, Patricia Wallis, as Administratrix of the Estate of T.Jeffrey Healey, and next best friend, ("Plaintiff") and hereby moves this Court to grant the within unopposed Motion and continue the status conference scheduled for Thursday, December 8, 2005 to a date this Court determines suitable except for the following dates: December 12-15, 20, 26, 28 and January 4, 9-11, 14, 20, and 23-27. In support of Plaintiff's Motion, she states as follows:

1. A medical procedure has been scheduled for Attorney Theodore H. Goguen, Jr., co-counsel for Plaintiff, the morning of Thursday, December 8, 2005. Attorney Goguen has been advised by his doctor that he should go home and rest for the remainder of the day following the procedure. Therefore, Attorney Goguen will not be available for the status conference on December 8, 2005.

2. Attorney Joseph M. Mahaney, co-counsel for Plaintiff, has a previously scheduled hearing in the Dedham District Court on Thursday, December 8, 2005. Therefore, Attorney Mahaney will be unavailable for the status conference on Thursday, December 8, 2005.

3. There has been no trial date established and neither party to this case will be prejudiced by the granting of this motion.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court grant this unopposed Motion and continue the status conference scheduled for Thursday, December 8, 2005.

>Respectfully Submitted:
>Plaintiff,
>By Her Attorneys:
>
>/s/ *Theodore H. Goguen, Jr., Esq.*
>/s/ *Joseph M. Mahaney, Esq.*
>
>---
>
>Theodore H. Goguen, Jr., Esq.
>BBO # 196740
>Joseph M. Mahaney, Esq.
>BBO # 549042
>Goguen, McLaughlin, Richards,
>& Mahaney, LLP
>2 Pleasant Street
>S. Natick, MA 01760
>(508) 651-1000
>
>Date: December 6, 2005

## Local Rule 7.1 Certification

We hereby certify on this 6th day of December 2005 that we have attempted to confer on with Defendants' counsel in an attempt to narrow the issue raised by this motion.

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*
_____

Theodore H. Goguen, Jr., Esq.
Joseph M. Mahaney, Esq.