# EXHIBIT "A"








Get the forecast
Worcester, Mass.

Worcester Telegram & Gazette · New England Newspaper of the Year

Home Delivery
click here

Last updated:
Site search:

Advanced search

Search our archives

Previous Page
Archives Start Page

## Online Archives
*Full Story*

# Worcester Telegram & Gazette (MA)

## Family blames Worcester police in man's suicide in lockup

September 11, 2001
Section: NEWS
Page: A1

By John J. Monahan; Emilie Astell

WORCESTER -- The family of a 23-year-old man who apparently killed himself in the lockup at Worcester Police headquarters say police should have taken more precautions and realized the man was a **suicide** risk, based on recent protective stays at area hospitals.

T. Jeffrey Healey, a longtime Framingham resident, was arrested by Worcester police officers early Wednesday morning after he was seen breaking into a car. He was taken into custody after a foot chase and struggle with police officers, then was treated at St. Vincent Hospital at Worcester Medical Center for cuts and bleeding from the mouth. He was returned to the police station and put into a cell about 5 a.m., charged with breaking into a car, resisting arrest, disturbing the peace and larceny over $250.

Police said he was examined just before 6 a.m. Wednesday, when he spoke with an officer at the lockup. Police say he was found not breathing at 6:17 a.m. apparently strangled by a cord from a pair of

**Local News**
Worcester
North County
South County
East of Worcester
West of Worcester
Blackstone Valley
Regional
Business
Sports
Features
Court
Obituaries
Weather

**Entertainment**
Events Calendar
Movie Listings
Dining Reviews
TV Listings
Personals
Lottery

**Opinion**
Editorials
Williamson
Dempsey
Gearan

**Extra**
Campaign 2000
Cross Currents
Everest
Community Profiles

**Home Delivery**
Info
Subscribe
Feedback

**Classifi**
All ads
Employme
Merchandi
Real Estat
Real Estat
Transporta
eWorceste

**Yellow**
Find a Bus
Find a Per
Directions
Maps

**OnThe(**
Communit
Communit
Free web :
Family site

**eWorce**
Home
eGuide
Area web :
Get a new

**The Dir**
Join a disc
Register

Phone Nur
Email

Yellou

Stud
Click
Save
On
T&G Sub

Case 4:03-cv-11318-FDS    Document 24-2    Filed 02/08/2006    Page 3 of 4

About Us
Advertise online
Contact us
Privacy Policy
Copyright

Tools
Search site
Search archives
Report a bug
Feedback
E-mail this page

breathing at 6.17 a.m., apparently strangled by a cord from a pair of sweatpants.

Officers attempted to revive him before he was taken by ambulance to St. Vincent Hospital, where he was pronounced dead.

His mother, Patricia S. Wallis of Upton, said yesterday that her son was a heroin addict and had been struggling with addiction for about two years, including at least two overdoses. She said he earlier had been charged with illegal possession of a needle and that he had entered a methadone treatment program in Worcester the day before he died, she said.

Deputy Police Chief Carlo J. Genatossio said yesterday that officers reported Mr. Healey did not exhibit any indication that he was a threat to himself when he was placed in one of 16 cells in the lockup that have no video surveillance cameras. Four cells at the lockup are monitored by video cameras to check on prisoners considered a potential threat to themselves.

Mr. Healey was not considered a high-risk prisoner, according to the deputy chief.

Deputy Chief Genatossio acknowledged yesterday that the cord in the waistband of the sweatpants Mr. Healey was wearing should have been removed before he was placed in the cell.

``It slipped by us,'' the deputy chief said. ``Usually we take everything out and in this case it probably got by us. The officers may have thought it was an elastic waistband'' with no cord, he said.

Mr. Healey's death was the first of a prisoner since the police station was built in 1978.

Mr. Healey was buried yesterday after a funeral at St. Stephen's Church in Framingham that was attended by a large number of family members and friends. He had attended Framingham schools and lived there most of his life.

More recently, he shared an apartment with a roommate in Worcester, according to his mother, Patricia S. Wallis of Upton.

His family and friends said he enjoyed camping, nature and wildlife.

In an interview yesterday, Ms. Wallis said her son had become hooked on heroin about two years ago. She said that he was treated for depression and had been held as a threat to himself at least twice in the last six months at hospitals in Framingham and Worcester.

She said he had broken up with his girlfriend about three weeks ago and had told friends he was going to kill himself. Mr. Healey's mother said his roommate, Stephen Newton of Worcester, had sought the help

of police trying to find Mr. Healey last month after he threatened to commit suicide.

``They should have known that he had been wanted for trying to hurt himself," Ms. Wallis said. ``They should have known. That should have been part of the police record."

She said her son had been ``pink slipped" during previous hospital admissions, referring to a form filled out for people at risk of harming themselves. The mother also noted that police had been told of his suicidal tendencies as recently as last month.

Ms. Wallis said she did not understand why her son was left in a cell with a cord that he could use to hang himself.

``They should not have let him in with a drawstring," she said. ``They take their shoelaces and everything. It's their job to notice these things."

Ms. Wallis said she and her family had struggled with Mr. Healey's addiction to heroin after she learned about it two years ago.

``Heroin is the devil," she said.

Deputy Chief Genatossio said that Mr. Healey's autopsy showed he died of asphyxiation. He said Mr. Healey may have been injured when ``he fled from police, so when they apprehended him, it may have been in the struggle."

The deputy chief said placing video cameras in all the lockup cells is a preventative measure ``that hasn't crossed my mind."

A preliminary report on the death was sent to Worcester District Attorney John J. Conte, who said yesterday that indications are there is no criminal liability.

``What I have now is considered preliminary," Mr. Conte said. ``I want to get more information before I make any decisions. I'm guided by the evidence and the facts."

His office has various options in the case, he said. He declined to discuss those options until the Police Department completes its investigation of the case.

NAME: WORCESTER POLICE DEPARTMENT

All content © 2001- Telegram & Gazette
and may not be republished without permission.
Send comments or questions to jarvey@eworcester.com

*All archives are stored on a SAVE (tm) newspaper library system*