UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-1318(FDS)

)
PATRICIA WALLIS,                )
As Administratrix of the        )
Estate of T. Jeffrey Healey,    )
and next best friend,           )
    Plaintiff               )
                                )
v.                              )
                                )
CERTAIN JOHN DOE POLICE         )
OFFICERS OF THE CITY OF         )
WORCESTER POLICE DEPARTMENT,    )
    Defendants              )
                                )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance in the above-captioned case as attorney for Defendants.

                              CERTAIN JOHN DOE POLICE
                              OFFICERS OF THE CITY OF
                              WORCESTER POLICE DEPARTMENT
                              By their attorneys,
                              David M. Moore
                              City Solicitor

                              /S/ Janet J. McGuiggan____
                              Janet J. McGuiggan
                              (BBO #630013)
                              Assistant City Solicitor
                              City Hall, Room 301
                              455 Main Street
                              Worcester, MA  01608
                              (508) 799-1161