## GOGUEN, McLAUGHLIN, RICHARDS & MAHANEY, LLP

THEODORE H. GOGUEN, JR.
JAMES A. McLAUGHLIN
GEORGE L. RICHARDS III
JOSEPH M. MAHANEY
RICHARD C. BILLER
KEVIN G. DIAMOND*
J. DANIEL WOODYSHEK
SEAN T. GOGUEN

*FELLOW OF THE MASSACHUSETTS
SOCIETY OF CPA

THE HARRIET BEECHER STOWE HOUSE
2 PLEASANT STREET ◆ SOUTH NATICK ◆ MASSACHUSETTS 01760

TELEPHONE (508) 651-1000
FACSIMILE (508) 651-1128



April 18, 2002

Timothy Murray, Mayor
City of Worcester
City Hall, 455 Main Street
Worcester, Massachusetts  01608

Thomas R. Hoover, City Manager
City of Worcester
City Hall, 455 Main Street
Worcester, Massachusetts  01608

David M. Moore, Solicitor
City of Worcester
City Hall, 455 Main Street
Worcester, Massachusetts  01608

RE:  Estate of T. Jeffrey Healey
      Date of death:  September 5, 2001

Dear Sirs:

In compliance with the presentment requirements of General Laws c.258 §4, notice is hereby given to you of a claim for negligence in the death of T. Jeffrey Healey while in the custody of the Worcester Police Department.

**NAME AND ADDRESS OF CLAIMANT:**

Patricia Wallis, Executor
130 Main Street
Upton, MA  01568

City of Worcester
Page 2
April 18, 2002
Re: T. Jeffrey Healey

### DATE AND TIME OF DEATH:

September 5, 2001
pronounced dead at 6:50 a.m.

### PLACE OF DEATH:

Worcester Police Department Headquarters 9-11 Lincoln Square, Worcester, Massachusetts 01608

### CAUSE OF DEATH:

Asphyxiation from hanging

For the negligent death, Patricia Wallis, executor of the estate of T. Jeffrey Healey, claims damages.

Very truly yours,

Joseph M. Mahaney,
Attorney at Law

JMM/sbo

CERTIFIED RETURN RECEIPT
NO'S:  7001 0320 0001 8515 3033—Mayor Timothy Murray
       7001 0320 0001 8514 7209—City Manager Thomas R. Hoover
       7001 0320 0001 8514 7216—Solicitor David M. Moore