UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICIA WALLIS, )<br>As Administratrix of the )<br>Estate of T. Jeffrey Healey, )<br>and next best friend, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>THOMAS BARNEY, KEVIN )<br>JOHANSON, STEVEN HAIR, )<br>MICHAEL LAHAIR, ANA DIAZ, )<br>FRANCIS BARTLEY, and )<br>CITY OF WORCESTER, )<br>    Defendants ) | | C.A. NO. 03-11318(FDS) |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come Thomas Barney, Kevin Johanson, Steven Hair, Michael Lahair, Ana Diaz, Francis Bartley, and the City of Worcester ("the Defendants") in the above-captioned matter to move this Court, pursuant to Fed. R. Civ. P. Rule 56(b), to grant judgment in their favor. As grounds for this motion, Defendants state that there is no evidence that Defendants knew or had reason to know from observations of Plaintiff's decedent, T. Jeffrey Healey, that he was suicidal. Plaintiff's evidence is, therefore, insufficient to establish an essential element of her claim, entitling Defendants to judgment as a matter of law. In support of this motion, Defendants rely on the affidavits, statement of undisputed material facts and memorandum of law filed herewith.

Respectfully submitted,

Thomas Barney, Kevin Johanson,
Steven Hair, Michael Lahair, Ana Diaz,
Francis Bartley and City of Worcester,

By their attorneys,

David M. Moore
City Solicitor


/s/ Janet J. McGuiggan
Assistant City Solicitor
City of Worcester
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161
BBO #630013

## CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that the within document filed through the ECF electronic filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper copy will be served upon Plaintiff by mailing a copy of the same via first class mail, postage prepaid, to Theodore H. Goguen, Jr., Esquire, Goguen, McLaughlin, Richards & Mahaney, The Harriet Beecher Stowe House, 2 Pleasant Street. South Natick, MA 01760, on this 1st day of May, 2006.

/s/ Janet J. McGuiggan


## LOCAL RULE 7.1. CERTIFICATION

I, Janet J. McGuiggan, hereby certify that I conferred with Plaintiff's counsel in a good faith effort to resolve and narrow the issues presented by the within motion, but the parties were unable to resolve the matter.

/s/ Janet J. McGuiggan