UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, )<br>As Administratrix of the )<br>Estate of T. Jeffrey Healey, )<br>and next best friend, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>THOMAS BARNEY, KEVIN )<br>JOHANSON, STEVEN HAIR, )<br>MICHAEL LAHAIR, ANA DIAZ, )<br>FRANCIS BARTLEY, and )<br>CITY OF WORCESTER, )<br>    Defendants ) | C.A. NO. 03-11318(FDS) |

## AFFIDAVIT OF THOMAS BARNEY

I, Thomas Barney, do hereby depose and state on oath:

1. I am currently employed as a police officer with the Worcester Police Department ("the WPD"), and have been employed as such at all relevant times hereto.

2. On September 5, 2001, I was assigned to the cell room in the WPD as a spare wagon operator, and, as such, I transported Mr. Healey from the scene of his arrest to the WPD for booking and I assisted in his booking.

3. I observed a cut on Mr. Healey's chin. Accordingly, immediately after Mr. Healey was booked, I transported him to the hospital where he refused treatment. I then transported Mr. Healey back to the WPD and placed him in a cell.

4. I made observations of Mr. Healey during periodic cell checks; the last one prior to his death being at approximately 0600.

5. Immediately after the 0600 cell check, I left to pick up the prisoners' breakfasts.

6. I returned to the WPD approximately 15 to 20 minutes later with the prisoners' breakfasts. I stored my gun and began delivering the breakfasts.

7. When I got to Mr. Healey's cell with the breakfast delivery, I saw him sitting on the toilet with something around his neck. I alerted my fellow officers, unlocked the cell, and we placed Mr. Healey on the floor. Mr. Healey had a faint pulse.

Two of my fellow officers conducted CPR while I called dispatch to request an ambulance and contacted the service division sergeant.

8. I returned to the cell, and a short time later Emergency Medical Services arrived and worked on Mr. Healey. Mr. Healey was transported to the hospital via ambulance. I rode in the ambulance with them to the hospital. Mr. Healey was pronounced dead at the hospital.

9. At no time during my observations of Mr. Healey did he make any statements about wanting to harm himself. Additionally, he did not make any statements that indicated that he wanted to commit suicide.

10. At no time during my observations of Mr. Healey did I observe anything about his behavior that would have led me to believe that he was suicidal.

Signed under the pains and penalties of perjury this 28 day of April, 2006.

_____
Thomas Barney