UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>    Plaintiff<br><br>v.<br><br>THOMAS BARNEY, KEVIN<br>JOHANSON, STEVEN HAIR,<br>MICHAEL LAHAIR, ANA DIAZ,<br>FRANCIS BARTLEY, and<br>CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF KEVIN JOHANSON

I, Kevin Johanson, do hereby depose and state on oath:

1.   I am currently employed as a police officer with the Worcester Police Department ("the WPD"), and have been employed as such at all relevant times hereto.

2.   On September 5, 2001, I was assigned to the cell room in the WPD, and, as such, I assisted with the booking of T. Jeffrey Healey.

3.   Immediately after Mr. Healey was booked, he was transported to the hospital for treatment for a cut on his chin.

4.   I observed Mr. Healey when he returned to the WPD from the hospital.

5.   At approximately 6:15 a.m., I observed Officer Barney go to the cell area to distribute the meals. A short while after going back to the cell area, I heard Officer Barney yelling for help.

6.   When I went to help Officer Barney, I observed Mr. Healey with a string around his neck sitting on the toilet. We moved Mr. Healey to the floor. While checking for a pulse and breathing, I felt a slow pulse. CPR was performed until the paramedics arrived and took over.

7.   At no time during my observations of Mr. Healey did he make any statements about wanting to harm himself. Additionally, he did not make any statements that indicated that he wanted to commit suicide.

8. At no time during my observations of Mr. Healey did I observe anything about his behavior that would have led me to believe that he was suicidal.

Signed under the pains and penalties of perjury this 27th day of APRIL, 2006.

_____
Kevin Johanson