UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>    Plaintiff<br><br>v.<br><br>THOMAS BARNEY, KEVIN<br>JOHANSON, STEVEN HAIR,<br>MICHAEL LAHAIR, ANA DIAZ,<br>FRANCIS BARTLEY, and<br>CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF STEVEN HAIR

I, Steven Hair, do hereby depose and state on oath:

1. I am currently employed as a police officer with the Worcester Police Department ("the WPD"), and have been employed as such at all relevant times hereto.

2. On September 5, 2001, I was assigned to the cell room in the WPD.

3. I did not hear Mr. Healey make any statements about wanting to harm himself, nor did I hear him make any statements that indicated that he wanted to commit suicide.

4. I did not observe any behavior on Mr. Healey's part that would have led me to believe that he was suicidal.

Signed under that pains and penalties of perjury this 28 day of 4, 2006.

_____
Steven Hair