UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>    Plaintiff<br><br>v.<br><br>THOMAS BARNEY, KEVIN<br>JOHANSON, STEVEN HAIR,<br>MICHAEL LAHAIR, ANA DIAZ,<br>FRANCIS BARTLEY, and<br>CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ANA DIAZ

I, Ana Diaz, do hereby depose and state on oath:

1. I am currently employed as a police officer with the Worcester Police Department ("the WPD"), and have been employed as such at all relevant times hereto.

2. On September 5, 2001, I was assigned to the cell room in the WPD, and, as such, I assisted with the booking of T. Jeffrey Healey.

3. Immediately after Mr. Healey was booked, he was transported to the hospital for treatment for a cut on his chin.

4. I observed Mr. Healey when he returned to the WPD from the hospital.

5. Shortly after Officer Barney went to the cell area to deliver the breakfasts to the prisoners, he ran back into the booking area and told us that the person in cell 3 had hung himself. I ran to the cell area with Officer Barney and other officers where I observed Mr. Healey sitting on the toilet slumped over. I immediately ran to get the breathing mask for the other officers who performed CPR.

6. At no time during my observations of Mr. Healey did he make any statements about wanting to harm himself. Additionally, he did not make any statements that indicated that he wanted to commit suicide.

7. At no time during my observations of Mr. Healey did I observe anything about his behavior that would have led me to believe that he was suicidal.

Signed under the pains and penalties of perjury this 28 day of April, 2006.

_____
Ana Diaz