UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>    Plaintiff<br><br>v.<br><br>THOMAS BARNEY, KEVIN<br>JOHANSON, STEVEN HAIR,<br>MICHAEL LAHAIR, ANA DIAZ,<br>FRANCIS BARTLEY, and<br>CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF FRANCIS BARTLEY

I, Francis Bartley, do hereby depose and state on oath:

1. I am currently employed as a police officer with the Worcester Police Department ("the WPD"), and have been employed as such at all relevant times hereto.

2. On September 5, 2001, I was assigned to the Detective Bureau within the WPD, and, as such, I investigated the suicide of T. Jeffrey Healey.

3. Consequently, I had no contact whatsoever with T. Jeffrey Healey prior to his suicide.

Signed under the pains and penalties of perjury this  1  day of  MAY, 2006.

_Francis X. Bentley_
Francis Bartley