UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>    Plaintiff<br><br>v.<br><br>THOMAS BARNEY, KEVIN<br>JOHANSON, STEVEN HAIR,<br>MICHAEL LAHAIR, ANA DIAZ,<br>FRANCIS BARTLEY, and<br>CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MICHAEL MOTYKA

I, Michael Motyka, do hereby depose and state on oath:

1. I am currently employed as a police officer with the Worcester Police Department ("the WPD"), and have been employed as such at all relevant times hereto.

2. On September 5, 2001, at all times relevant hereto, I was assigned as the Criminal Justice Information System ("CJIS") officer within the WPD. The CJIS system is a statewide computer system that tracks, among other things, warrant information as well as information as to whether an individual poses a suicide risk while in custody. The CJIS officer is charged with conducting a search of the system for both warrant and suicide information as to each prisoner that is booked at the WPD on that CJIS officer's shift.

3. On September 5, 2001, I conducted a routine search of the CJIS system with regard to Mr. Healey. The CJIS inquiry as to Mr. Healey's suicide status came back negative; he was not deemed to be a suicide risk while in custody according to the statewide system.

4. If the CJIS inquiry had shown that Mr. Healey was a suicide risk, he would have been put in a video-monitored cell if one was available at the time.

Signed under the pains and penalties of perjury this 1st day of May, 2006.

                                                                                             _____
                                                                                             Michael Motyka