Case 4:03-cv-11318-FDS    Document 31    Filed 05/15/2006    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, As Administratrix ) <br> of the ESTATE OF T. JEFFREY HEALEY, ) <br> and next best friend. ) <br>     *Plaintiff* ) <br> ) <br> v ) <br> ) <br> CITY OF WORCESTER, OFFICERS, MICHAEL ) <br> LAHAIR, THOMAS BARNEY, KEVIN ) <br> JOHANSON, STEVEN HAIR, ANNA DIAZ, ) <br> FRANCIS BARTLEY AND THOMAS BARNEY ) <br> IN THEIR CAPACITY AS POLICE OFFICERS OF) <br> THE CITY OF WORCESTER AND IN THEIR ) <br> INDIVIDUAL CAPACITY ) <br>     *Defendants* ) <br> ) | CIVIL ACTION <br> DOCKET NO.: 03-11318-FDS |

## ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Patricia Wallis, As Administratrix of the Estate of T. Jeffrey Healey, and next best friend with the assent of the Defendants and hereby moves this Honorable Court to enlarge the time for Plaintiff to respond to Defendants' Motion for Summary Judgment to WEDNESDAY, MAY 31, 2006.

As reasons therefore, the Plaintiff states that additional time is needed for Plaintiff to properly respond to Defendants' Motion for Summary Judgment due to the number and complexity of the issues presented.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant the within Motion.

| | |
|---|---|
| Respectfully Submitted:<br>Plaintiff,<br>By her Attorneys: | Assented to By<br>Defendants,<br>By Their Attorney: |
| /s/ Theodore H. Goguen, Jr., Esq.<br>/s/ Joseph M. Mahaney, Esq. | /s/ Janet J. McGuiggan, Esq. |
| Theodore H. Goguen, Jr., Esq.  BBO#196740<br>Joseph M. Mahaney, Esq. BBO#549042<br>Goguen, McLaughlin, Richards<br>& Mahaney, LLP<br>2 Pleasant Street<br>South Natick, MA 01760<br>(508) 651-1000 | Janet J. McGuiggan, Esq. BBO #630013<br>Assistant City Solicitor<br>City of Worcester<br>City Hall Room 301<br>455 Main Street<br>Worcester, MA 016908<br>(508) 799-1161 |
| Date:  May 12, 2006 | Date: May 12, 2006 |