UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA WALLIS, As Administratrix ) <br> of the ESTATE OF T. JEFFREY HEALEY, ) <br> and next best friend. ) <br> *Plaintiff* ) <br> ) <br> v ) <br> ) <br> CITY OF WORCESTER, OFFICERS, MICHAEL ) <br> LAHAIR, THOMAS BARNEY, KEVIN ) <br> JOHANSON, STEVEN HAIR, ANNA DIAZ, ) <br> FRANCIS BARTLEY IN THEIR CAPACITY ) <br> AS POLICE OFFICERS OF THE CITY OF ) <br> WORCESTER AND IN THEIR INDIVIDUAL ) <br> CAPACITY ) <br> *Defendants* ) <br> ) | CIVIL ACTION <br> NO.: 03-11318-FDS |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES THE PLAINTIFF, Patricia Wallis, as Administratrix of the Estate of T. Jeffery Healey, and next best friend and hereby opposes the Defendants' Motion For Summary Judgment pursuant to Fed.R.Civ.P. 56 and respectfully requests that it be denied in its entirety. In support of Plaintiff's opposition, the Plaintiff attaches and incorporates herein the Affidavits of Patricia Wallis (Exhibit "A") and Attorney Joseph M. Mahaney (Exhibit "B").

Plaintiff contends that genuine issues of material fact exist in this case, to wit whether Defendants knew or reasonably should have known of T. Jeffrey Healey's suicidal tendencies, which preclude the granting of Defendants' Motion for Summary Judgment. *Elliott v. Cheshire County*, 940 F.2d 7 (1st Cir. 1991).

1

Respectfully Submitted:
Plaintiff,
By Her Attorneys:

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

---

Theodore H. Goguen, Jr., Esq.
BBO # 196740
Joseph M. Mahaney, Esq.
BBO # 549042
GOGUEN, MCLAUGHLIN, RICHARDS,
& MAHANEY, LLP
2 Pleasant Street
S. Natick, MA 01760
(508) 651-1000

Dated: May 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Janet J. McGuiggan, Esquire, Assistant City Solicitor, City of Worcester, Law Department, City Hall, Room 301, Worcester, MA 01608, the attorney of record for the Defendants by first class mail this 31st day of May 2006.

/s/ *Theodore H. Goguen, Jr., Esq.*

---

Theodore H. Goguen, Jr., Esq.