UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend.<br>  *Plaintiff*<br><br>v<br><br>CITY OF WORCESTER, OFFICERS, MICHAEL LAHAIR, THOMAS BARNEY, KEVIN JOHANSON, STEVEN HAIR, ANNA DIAZ, FRANCIS BARTLEY IN THEIR CAPACITY AS POLICE OFFICERS OF THE CITY OF WORCESTER AND IN THEIR INDIVIDUAL CAPACITY<br>  *Defendants* | CIVIL ACTION<br>NO.: 03-11318-FDS |

### AFFIDAVIT OF PATRICA WALLIS

I, Patricia Wallis, do hereby depose and state under oath upon my own personal knowledge the following:

1. I am the Plaintiff in the above captioned case and the mother of T. Jeffrey Healey.

2. I am and filed this action as administratrix of the Estate of T. Jeffrey Healey.

3. In the summer of 2001 I contacted the Worcester Police Department to report my son, T. Jeffrey Healey had gone missing. I informed the Worcester Police that my son suffered from drug dependency and was depressed and was suicidal and frequently spoke about harming and killing himself. The Worcester Police transferred me to the missing persons department.

4. Days after calling the Worcester Police Department I received a phone call from the Worcester Police Department telling me that my son had been spotted and was no longer a missing person.

5. In 2000 T. Jeffrey Healey had been arrested in Worcester for possession of drug paraphernalia.

6. T. Jeffrey Healey had also been arrested in Upton, MA and charged with intent to distribute class A (heroin). The Upton Police Department informed

me that my son, T. J. Healey was a suicide risk. They had come to this conclusion having given T. Jeffrey Healey a "suicide test" which he failed.

7. On September 5, 2001 I was contacted by a doctor who informed me to come to the hospital immediately for my son.

8. Upon arrival at the hospital in Worcester I was informed my son, T.Jeffrey Healey had committed suicide.

9. I was thereafter approached by Detective Gingarelli and Officer Francis Bartley, who asked me to meet with them at the Worcester Police Department at approximately 4:00 pm that day (September 5, 2001).

10. At that meeting I was informed by Detective Gingarelli and Officer Francis Bartley that T. Jeffrey Healey had committed suicide by hanging himself with the draw string from his sweat pants.

11. I asked Officer Bartley how the Worcester Police Department left T. Jeffrey Healey in the cell with his draw string and Officer Bartley responded by apologizing stating it was an "oversight."

12. I also asked if anyone was checking on my son while he was being held at the Worcester Police Department. Officer Bartley informed me that an officer had missed one of the periodic check ups because he was out of the police station getting the inmates breakfast.

13. Officer Bartley also told me at that meeting that on Officer Thomas Barney's last check of the inmates Officer Barney had seen T. Jeffrey Healey sitting on the toilet and thought T. Jeffrey Healey was using the facilities. Officer Barney, however, later discovered after leaving the police station to get the inmates breakfast that T. Jeffrey Healey was in the same position and had hanged himself.

14. A couple of days after my meeting with Detective Gingarelli and Officer Francis Bartley I received a phone call from Lt. McKiernon who informed me he had taken over the investigation of my son's suicide. Lt. McKiernon informed me that T. Jeffrey Healey was screaming and crying to be allowed to make his phone call while held at the Worcester Police Department on September 5, 2001.

Signed under the pains and penalties of perjury this 31 day of May 2006.

*Patricia Wallis*
Patricia Wallis