UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WALLIS, As Administratrix )
of the ESTATE OF T. JEFFREY HEALEY, )
and next best friend. )
    *Plaintiff* )
)
v )    **CIVIL ACTION**
)    **NO.: 03-11318-FDS**
CITY OF WORCESTER, OFFICERS, MICHAEL )
LAHAIR, THOMAS BARNEY, KEVIN )
JOHANSON, STEVEN HAIR, ANNA DIAZ, )
FRANCIS BARTLEY IN THEIR CAPACITY )
AS POLICE OFFICERS OF THE CITY OF )
WORCESTER AND IN THEIR INDIVIDUAL )
CAPACITY )
    *Defendants* )

## AFFIDAVIT OF ATTORNEY JOSEPH M. MAHANEY

I, Attorney Joseph M. Mahaney, do hereby depose and state based upon my own personal knowledge the following:

1    My name is Joseph M. Mahaney and I am an attorney in good standing within the Commonwealth of Massachusetts;

2    I represent the Plaintiff in the above captioned matter;

3    As part of my investigation into this civil matter I spoke with Steven Newton, 72 Maple Street, Spencer, Massachusetts, dob: 04/06/55; ssn: 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; a friend and roommate of T.J. Healy;

4    The interview of Mr. Newton took place at my office located at 2 Pleasant Street, South Natick, Massachusetts in December of 2001 and during the interview I took handwritten notes of our conversation a copy of which are attached hereto and incorporated herein;

1

5      Since that interview, however, I have learned that Steven Newton died at his home in May of 2003 from both town clerks office and police department of the Town of Spencer, Massachusetts[1];

6      During my office interview of Mr. Newton I took handwritten notes as he described the events leading up to the day of T. J. Healy's death;

7      Mr. Newton told me that he met T.J. Healy on June 9, 2001 at Dunkin Donuts on Main Street, Worcester and shortly thereafter they became friends;

8      Mr. Newton told me that T.J. Healy moved into his home in Spencer and as a result of their friendship, knew each other on a personal level;

9      Mr. Newton told me that a few weeks prior to T.J. Healy's death in the Worcester Police Department, that T.J. Healy was upset and saying that he wanted to kill himself;

10     T.J. Healy then left home and Mr. Newton went to the Worcester Police Department;

11     Mr. Newton stated that on the way to the Worcester Police Department he stopped a Worcester Police Department cruiser, told the two officers that his friend T.J. Healy had intentions of killing himself, the officers called the information into the station and told Mr. Newton to wait at Honey Dew Donuts for Worcester Police Department detectives who would be arriving shortly;

12     Mr. Newton told me a police officer known to him as Detective T.J. arrived and the detective was told that T.J. Healy's was going to kill himself, where he was going and was given a complete description of Mr. Healy;

13     Mr. Newton told me that the detective wrote down the information given to him and from my recollection of our conversation, drove around Worcester with the detectives in an attempt to find Mr. Healy;

14     Mr. Newton told me that an hour after returning home that evening, Mr. Healy showed up at the home in Spencer, the Worcester Police called the following day to see if Mr. Healy had come back and they were told he had;

15     Mr. Newton told me that the hospitals in Worcester knew of Mr. Healy's suicidal intentions and there was a "pink slip" in the hospital records;

---

[1] Federal Rule of Evidence 804 (a)(4) provides for an exception to the hearsay rule where the witness is unavailable due to death.

2

16    Mr. Newton told me that the night of Mr. Healy's death, Detective T.J. and other officers came to the home in Spencer to speak to Mr. Newton about the suicide;

17    Mr. Newton told the police "I spoke to you people about this problem two weeks ago".

Signed under the pains and penalties of perjury this 31st day of May 2006.

                        Joseph M. Mahaney

C

T.J. Healy

5084106587

Steven Newton
17? Maple Street
Spencer Mass

sober since
1982

dob: 4/6/55
SS#: 036 44 7311

work: Marriott Distribution
Westborough MA
25 Otis St

met T.J. at Dunkin Donuts / June ? 200?
T.J. had no money & bought him a
coffee

became friends

T.J. said he was homeless & using
heroin — borrowed $ for heroin

got him a job at Marriott Distribution

got him into program & an methadone
the day before he died

knew he was out stealing but never
stole from me

that night T.J. had
Steve's jacket — maroon jacket
red black & white stripes
windbreaker

jean shorts
left that night at eleven & never saw him
again

Side Exh 10

T.T. - had only one plan and that was still at home

Living w/ him June 10, 2001

T.T. got upset w/ Lisa (cousin/sister?) didn't want to come up to Worcester cuz she was afraid she'd slip back into drugs

T was upset - wanted to go PCS unmarked - and Steve said no. rode around town

he said maybe I'll go out and kill myself

Steve went directly to Police Dept & stopped 2 officers — they called in & said go back

To Honey Dew Donuts & met Jean Detective and he told cuzin himself

his name → Detective T.T.

told him the prob & find him & get him off the street

I told him where he was hiding — gave full name and address/phone, description & said he was going to hurt himself

one hour later ∅ showed up at house & the police called the next day to see if ∅ came back — and he was home

getting into program

There's N/60 A prog-c/p on the hospital records

10:30 ∅ called Steve from shelter & he was upset but he owed a $140⁰⁰ & worried about getting word over this.

went home had some ice cream & decided he wanted to go back out & prostitute himself

he was not on heroin that night because Steve could tell when his personality would change

never had a problem w/ the
cops in Worcester

his probation officer from Milford
knew where he lived & was trying
to get off drugs

had a charge in Worc coming up
for possn of hypo

the night of T's death the police
showed up at Steve's door
even though T gave his address
as the shelter

T called the house before they
came

T was Detective T.J.

T brought up to police the
house

"T talked to you people about
this problem 2 weeks ago"