September 10, 2001        Worcester Police Department        *I01 H5283*
                                Incident Report                      Monday 15:08

Single Incident

| INCIDENT<br>LOCAL #<br>PRIORITY<br>ACC REP | ACTIVITY<br>ADDRESS (JURISDICTION)<br>DISPOSITION | OFFICER(S) | RECEIVED<br>DISPATCHED<br>ARRIVED<br>CLEARED | DISPATCHER<br>SUPERVISOR<br>NATURE<br>INCIDENT TYPE |
|---|---|---|---|---|
| I01A5283<br>4<br>No   No | PATROL INITIATED<br>9 LINCOLN SQ<br>Cross: 1 SALISBURY ST @1<br>1 UNION ST @10<br>WORCESTER, MA, 01608 (08)<br>REPORT | BARNEYTJ | 09/05/2001, 06:24<br>09/05/2001, 06:24<br>09/05/2001, 06:24<br>09/05/2001, 06:24 | LEFEBVRE<br>JOHNSON CM<br><br>SUICIDE |

     Reported as: SUICIDE     Found as: SUICIDE
Domestic Abuse: No

Dispatcher Remarks:
     DB WANTED NUMBERS FOR THIS... 09-10-01   AQ

VICTIM         HEALEY, T JEFFREY *              License: S74381872  (MA)
(Male)         701 MAIN ST                         SSN: 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
M0063935       WORCESTER  MA  01600
               Phone: None Recorded  Race: WHI   DOB: 09/24/1977 Age: 23
               Comm: SUICIDE    09-05-01    AQ

September 10, 2001

Worcester Police Department
Incident Report

Monday 14:47

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Supervisor's Review

Detective Michael Gingerelli
Worcester Police Department

Narr.   6: PO FRANCIS X BARTLEY      Division: DB          Status: Open          [I01A5283]
Title: OVERVIEW                       Entered: PO FRANCIS X BARTLEY
                                      Reviewed: No officer

1). On 05 September 2001 at 0630 hrs. myself along with Det. Michael Gingerelli were contacted by P.O. Paul Serafin of the Service Division. He stated that there had been an attempted suicide in the cell room, and Sgt. Frank Cummings requested detectives. Upon arrival at the station at 0655 hrs. I was notified by Sgt. Cummings that the subject had passed. The Victim is T. Jeffrey Healey 701 Main St. D.O.B. 09/24/1977; SS# 025 62 7053. He was transported to the Medical City Hospital were he was pronounced at 0650 hrs. by Dr. Duc Lee.

2). Healey was arrested at approximately 0223 hrs. by Officers Glenn Stout and Gregory Joinville. Healey was seen by officers near a motor vehicle at the corner of Sever and Dayton St.'s. When an attempt was made to initiate contact with Healey he ran from the officers. He was later apprehended on Roxbury St. just in from Highland St. Healey resisted arrest. He was subsequential charged with Disturbing the Peace, B&E to a Motor Vehicle, Resisting Arrest, and

Page 8

|  | Worcester Police Department | I01A5283 |
| --- | --- | --- |
| September 10, 2001 | Incident Report | Monday 14:47 |

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |

Narrative   6 (continued)   By: PO FRANCIS X BARTLEY     Incident I01A5283

Larceny over. P.O. Thomas Barney was the spare patrol wagon operator and responded to Roxbury St. to pick up the prisoner. Upon arrival P.O. Barney noticed that Healey had blood on his face and chin area. Barney transported Healey to the cell room for processing.

3). The cell room personnel preforming the booking were P.O. David Mita - Booking Officer, P.O. Thomas Barney - Searching Officer, P.O. Anna Diaz - Searching Officer. Also working in the cell room was P.O. Steven Hair, and P.O. Michael Lahair, P.O. Kevin Johanson. At the booking Healey placed the following items into evidence, one pair grey sneakers with laces, two jackets, six dollars cash, one wallet, one pair sunglasses, one silver ring with blood stains on it, one lighter, one small bottle of water, and change. Healey was processed and informed that he would be going to the hospital to have his chin checked. P.O. T. Barney then transported Healey to Umass Memorial at approximately 0345 hrs. Healey was seen by Dr. Hipona in the emergency room. Healey refused treatment and was told to follow up care with his personal physician. Healey was then transported back to the cell room by P.O. Barney.

6). Det. Gingerelli went to Medical City to speak with Dr. Duc Lee. Dr. Lee

Page 9

September 10, 2001
Worcester Police Department
Incident Report

I01A5283

Monday 14:47

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative   6 (continued)   By: PO FRANCIS X BARTLEY      Incident I01A5283

7). Statements were taken from Officers Johanson, Mita, Barney, Diaz in the Detective Bureau, In all the statements they all stated that Healey never mentioned harming himself. Det. Gingerelli and I went to the courthouse to speak with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. We spoke with ▉▉▉ in the holding cell of the courthouse at 1020 hrs. on 05 Sept. 2001. ▉▉▉ stated that he heard Healey complaining about his bone coming through his chin and that he wanted medical assistance. ▉▉▉ then stated that he fell asleep and when he awoke the paramedics were working on Healey. He didn't see Healey during the incident and he didn't hear Healey say he wanted to harm himself. Healey did not come up as a danger to himself, so was not needed to be placed in a monitored cell. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

8). The sweatpants Det. Gingerelli brought back from Med City Hospital were examined by myself and Det. Gingerelli. The string on one side of the pants had been torn. It appeared that it matched the string that was recovered from cell three, which Healey used. Healey's Cash and Wallet were placed in the D.B. Safe. At this time I request that this case be ruled a suicide by asphyxiation, pending the outcome of the autopsy.

Det. Francis X. Bartley                           Supervisory Review

Narr.   7: PO MICHAEL J GINGERELLI   Division: DB          Status: Open       [I01A5283]
       Title: INVENTORY/ PROPERTY     Entered: PO MICHAEL J GINGERELLI
                                      Reviewed: No officer

The following property was recovered in regard to the investigation of the death of Jeffrey Healey (dob 09/24/77, 701 Main St. Worc., MA.). Mr Healey was found hanging in Cell #3 in the Cell Room of the Worcester Police Department.