| EMHS Evaluation | DATE: | NAME: HEALY, J. Jr |
|---|---|---|
| | | D.O.B. 9/24/77 |
| | | MR# |

**RISK ASSESSMENT**

**SUICIDE RISK:** ☐ MINIMAL RISK   ☒ SUICIDAL IDEATION   ☐ SUICIDAL PLANS   ☐ SUICIDE ATTEMPT
DESCRIBE:

"I'm going to O.D."

HOW CLOSE HAS PATIENT COME TO ACTING ON CURRENT SUICIDE PLANS?

Pt. reports O.D'd on Heroin a month ago.

☐ PAST HISTORY OF SUICIDE ATTEMPTS. METHODS USED:

☐ ALCOHOL/DRUGS INVOLVED IN ATTEMPT(S)   ☐ PT. CURRENTLY USING SUBSTANCES
☐ PT. INCLUDED IN HIGH RISK AGE GROUP / GENDER   ☐ PT. INTENSELY HOPELESS   ☐ PT. SOCIALLY ISOLATED

**ASSAULT RISK:** ☒ MINIMAL RISK   ☐ VERBAL ASSAULT   ☐ PHYSICAL ASSAULT
DESCRIBE:

**HOMICIDE RISK:** ☒ MINIMAL RISK   ☐ HOMICIDAL IDEATION   ☐ HOMICIDAL PLANS   ☐ HOMICIDAL ACT
DESCRIBE:

**DESTRUCTION OF PROPERTY:** ☒ MINIMAL RISK
DESCRIBE (PRESENT AND PAST):

**HISTORY OF RUNNING AWAY:** ☒ MINIMAL RISK
DESCRIBE (PRESENT AND PAST):

**MENTAL STATUS EXAM:**

APPEARANCE  Disheveled unkempt
EYE CONTACT  fair
ATTITUDE  Cooperative
ABILITY TO ENGAGE  willing
ABILITY TO SEPARATE FROM CAREGIVER  N/A
SPEECH  clear
PSYCHOMOTOR  Anxious
MOOD  Sad/Depressed
AFFECT  sad
THOUGHT PROCESS  clear
THOUGHT CONTENT  +SI/-HI

PERCEPTION  -AH/VH

COGNITION:
ORIENTATION  X3
CONCENTRATION  poor
CALCULATION  poor
MEMORY  fair
ABSTRACTION  poor
INSIGHT  poor
JUDGEMENT  fair

EMHS 12/99

EMHS Evaluation    DATE: 1/12/01    NAME: HEALY, T.J.    F

**IMPRESSION:** This is a 23 y.o. SWM ē a Hx of S.A. Pt. reports multiple stressors in life, legal, financial etc. Pt. currently needs inpt. level of care for stabilization and detox if needed and F/U OP tx. for cont. of tx after D/C'd from inpt. Ψ unit. Pt. has ∅ out pt. support.

D.O.B. 9/24/77

MR#

**DIAGNOSIS (DSM-IV):**

AXIS I  Maj depression Rec. opioid dependence

AXIS II  Deferred

AXIS III  Deferred

AXIS IV  ? non-tx compliant. Poor out pt. support

AXIS V  35

**PLAN / RECOMMENDATIONS:**
- ☑ PATIENT ADMITTED TO EMHS UNIT.
- ☑ PT. SEARCHED FOR CONTRABAND/SHARPS AND ITEMS REMOVED.
- ☑ CLINICIAN MSE AND PSYCHIATRIC EVALUATION COMPLETED.
- ☐ RELEASE OF INFORMATION SIGNED BY PATIENT.
- ☑ COLLATERAL INFORMATION OBTAINED. clinician @ WMC
- ☑ INSURANCE VERIFIED & EVAL APPROVED BY: POS
- ☑ LEGAL STATUS ON DISCHARGE: Sect. 12

① Consult ē PTC Harriet charge R.N.
② Harriet will accept Pt.
③ Consult ē Dr. Olson.
④ Consult ē Heather from Partnership.
⑤ Medically clear Pt.
⑥ Transfer Pt. to PTC via Ambulance on a Sect. 12-A.

Heather Campbell
7 days 1/12 — 19th
call in the afternoon for Auth #

Outpt. treaters notified ☑
1° care MD notified ☑
Eval. faxed ☑
ESP form ☑
Billing form ☑
Satisfaction survey ☐
Screened for research study inclusion ☐
F/U call to family for children / adolescents ☐
Emergency transfer form completed ☐

**VALUABLES HELD IN EMHS NURSING STATION:**
Eyeglasses: ☐
Medications: ☐
Money/wallet: ☐
  Placed in ED safe ☐
Jewelry: ☐
  Placed in ED safe ☐
Clothing: ☐
Other: ☐

EVALUATOR SIGNATURE / TITLE: Shaukat [?]
ATTENDING PSYCHIATRIST: Dr. Olson
REVIEWED BY: Olson M.D.

EMHS 12/99

# UMASS MEMORIAL MEDICAL CENTER
## PATIENT DISCHARGE CARE FORM
### PAGE 1 of 2

Discharged from: ☒ University  ☐ Memorial  ☐ Hahnemann

ADDRESS: HEALEY TJ  00086237b
09/24/77 23  R ATC
207287 GREENE, GERALD
01/12/01  NO PERSONAL
126 WINTER ST  8725212
FRAMINGHAM, MA 01702

ADMIT DATE: 1-12-01   DISCHARGE DATE: 1/12   TIME: _____

**PATIENT'S PHYSICIANS:**   PHONE #    FAX    NOTIFIED
1. (primary) Dr. Emil Yngzdin           ☐Y ☒N
2. (referring) _____                   ☐Y ☐N
3. (admitting) _____            vh    ☐Y ☐N

**DIAGNOSES THIS ADMISSION:**

1°. Axis I: Opioid dependence; Anxiety d/o NOS, R/o Anxiety d/o 2° to subst
2°a.  II deferred
 b.  III Hx of chest pain, palpitations
 c.  IV Homelessness; lack of social support
 d.  V GAF 50

CONDITION ON DISCHARGE: ☐ GOOD  ☒ FAIR  ☐ SERIOUS  ☐ CRITICAL

**PROCEDURE(S) / SIGNIFICANT CLINICAL EVENTS**

Pt was admitted to PTC 2° to repeated suicidal ideations, were conditional to detox program placement. Pt was noted to contract for safety, denies SI or HI. He stated he was going to apply detox programs himself, and refused professional help. He filed 3-day notice, and he was cleared for SI or HI, and d/c'ed on 1/12/01.

**INSTRUCTIONS:** Refusing assistance in locating detox/rehab. List of detox programs provided.

**COMMUNITY SERVICES/DISPOSITION:**

Pt. discharged to: ☒ Home no services  ☐ Home with services
Discharge address: unknown
☒ AMA       ☐ Deceased   ☐ Transfer
☐ Custodial SNF  ☐ SNF     ☐ Rehab
Name of agency: _____  Phone #: _____
Equipment Co.: _____   Phone #: _____
Case Manager/Social Worker/RN:
Name: _____   Phone #: _____
Pt to receive:
☐ PT ☐ OT ☐ Nursing ☐ Speech ☐ Home Health Aid ☐ Phlebotomy
Other: _____

**FOLLOW UP APPOINTMENTS:**

MD NAME  PHONE #    SPECIALTY/CLINIC   DATE   TIME
1.
2.
3.
4.
5.

ALL COPIES MUST BE LEGIBLE

Form #250-04-008-0999   DISTRIBUTION: 1st COPY—RECEIVING AGENCY; 2nd COPY—PATIENT; 3rd COPY—PATIENT CHART