# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend.<br>*Plaintiff*<br><br>v<br><br>CITY OF WORCESTER, OFFICERS, MICHAEL LAHAIR, THOMAS BARNEY, KEVIN JOHANSON, STEVEN HAIR, ANNA DIAZ, FRANCIS BARTLEY IN THEIR CAPACITY AS POLICE OFFICERS OF THE CITY OF WORCESTER AND IN THEIR INDIVIDUAL CAPACITY<br>*Defendants* | CIVIL ACTION<br>NO.: 03-11318-FDS |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUPPLEMENT THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COMES THE PLAINTIFF, Patricia Wallis, as Administratrix of the Estate of T. Jeffery Healey, and next best friend ("Plaintiff") and hereby moves this Honorable Court to enlarge the time for Plaintiff to supplement their Opposition to Defendants' Motion for Summary Judgment to **Friday, June 30, 2006** for the reasons set forth herein:

1. The hearing on Defendants' Motion for Summary Judgment was heard on June 5, 2006 by this Court;

2. At said hearing Plaintiffs raised issues with the Court regarding a Worcester Police Department incident report which had a number of redactions and missing pages and paragraphs.

1

3. Defendants were ordered to file with the Court a complete and un-redacted copy of the incident report and provide Plaintiff's counsel with the same by June 12, 2006.

4. Plaintiff was then allowed until June 19, 2006 to file a supplemental response to Defendants' Motion for Summary Judgment regarding the complete incident report.

5. Plaintiff's counsel did not receive the incident report until Tuesday, June 13, 2006.

6. Plaintiff, therefore, states that additional time is necessary to properly supplement their Opposition to Defendants' Motion for Summary Judgment due to the newly discovered evidence in the fifteen (15) page incident report.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the within Motion and enlarge the time for Plaintiffs to file their Supplement to their Opposition to Defendants' Motion for Summary Judgment to **Friday, June 30, 2006.**

By Her Attorneys:

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

Theodore H. Goguen, Jr., Esq.
BBO # 196740
Joseph M. Mahaney, Esq.
BBO # 549042
GOGUEN, MCLAUGHLIN, RICHARDS,
& MAHANEY, LLP
2 Pleasant Street
S. Natick, MA 01760
(508) 651-1000

Dated: June 19, 2006

## RULE 7.1 CERTIFICATION

I, Theodore H. Goguen, Jr., Esquire, hereby certify that on the 19th day of June 2006 I attempted in good faith to confer with the attorney for the Defendants, Janet J. McGuiggan, Esquire, in an attempt to resolve the issues present in the within Motion.

/s/ *Theodore H. Goguen, Jr., Esq.*

Theodore H. Goguen, Jr., Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Janet J. McGuiggan, Esquire, Assistant City Solicitor, City of Worcester, Law Department, City Hall, Room 301, Worcester, MA 01608, the attorney of record for the Defendants by first class mail this ____ day of May 2006.

/s/ *Theodore H. Goguen, Jr., Esq.*

Theodore H. Goguen, Jr., Esq.