```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                                      C.A. NO. 03-11318(FDS)

                              )
PATRICIA WALLIS,              )
As Administratrix of the      )
Estate of T. Jeffrey Healey,  )
and next best friend,         )
        Plaintiff             )
                              )
v.                            )
                              )
CITY OF WORCESTER, OFFICERS   )
MICHAEL LAHAIR, THOMAS BARNEY,)
KEVIN JOHANSON, STEVEN HAIR,  )
ANA DIAZ and FRANCIS BARTLEY, )
        Defendants            )
                              )
```

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUPPLEMENT THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come Defendants City of Worcester, Michael Lahair, Thomas Barney, Kevin Johanson, Steven Hair, Ana Diaz and Francis Bartley ("Defendants") to oppose Plaintiff's Motion for Enlargement of Time to Supplement Their Opposition to Defendants' Motion for Summary Judgment to June 30, 2006. As grounds for this opposition, Defendants state that Plaintiff has failed to demonstrate "cause" as is required by Fed. R. Civ. P. 6(b).

Plaintiff's sole reason justifying her request for nearly two additional weeks to supplement the record is that she did not receive the unredacted investigation

report until the day after the court-ordered deadline of June 12, 2006. Even assuming that was true, a one-day delay would not warrant a nearly two-week extension. More importantly, Plaintiff is incorrect when she states that she did not receive the unredacted report until June 13th, the day after the court-ordered deadline, because it was disseminated through the Court's ECF electronic filing system on June 12, 2006 at 4:17 p.m.[1] (See notice of entry of document number 34 attached as Exhibit A). The unredacted report was hand-delivered to the Court at 4:08 p.m. (See date stamped cover letter attached as Exhibit B). The Court then scanned the document and disseminated it (document number 34) through the electronic filing system at 4:17 p.m. (Exhibit A.) Thus, the unredacted report was delivered to Plaintiff on June 12, 2006 in full compliance with this Court's order. Additionally, a paper copy was mailed to Plaintiff on June 12, 2006, which was likely the copy that was received by Plaintiff on June 13, 2006. Thus, the basis for Plaintiff's request for an extension is incorrect, and, therefore, Plaintiff has not

---

[1] On June 16, 2006, counsel for Defendants made a request of Clerk Martin Castles to remove the unredacted investigation report (document number 34) from the docket due to the sensitive nature of the information contained therein and to protect the privacy rights of a third-party named therein. As a result, the document was removed. But, by June 16th, Plaintiff had received both the electronic version and the paper copy of the report. Therefore, removal of the document from the Court's docket does not effect Plaintiff's motion or this opposition.

provided this Court with sufficient cause, as is required by Fed. R. Civ. P. 6(b), to support her request for an extension.

WHEREFORE, Defendants request that this Court deny Plaintiff's Motion for Enlargement of Time to Supplement Their Opposition to Defendants' Motion for Summary Judgment.

>Respectfully submitted,
>
>CITY OF WORCESTER, MICHAEL LAHAIR, THOMAS BARNEY, KEVIN JOHANSON, STEVEN HAIR, ANA DIAZ and FRANCIS BARTLEY,
>
>By their attorneys,
>
>David M. Moore
>City Solicitor
>
>/S/ Janet J. McGuiggan
>Janet J. McGuiggan
>Assistant City Solicitor
>City Hall, Room 301
>455 Main Street
>Worcester, MA 01608
>(508) 799-1161
>(BBO #630013)

CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that the foregoing document was served upon all counsel of record on this 19th day of June via the ECF electronic filing system and via first-class mail, postage prepaid, to Theodore H. Goguen, Jr., Goguen, McLaughlin, Richards & Mahaney, 2 Pleasant Street, South Natick, MA 01760.

>/S/ Janet J. McGuiggan

3