

**McGuiggan, Janet J.**

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Monday, June 12, 2006 4:17 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 4:03-cv-11318-FDS Wallis v. The City of Worcester "Letter/request (non-motion)" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hassett, Kathy entered on 6/12/2006 at 4:17 PM EDT and filed on 6/12/2006
**Case Name:**     Wallis v. The City of Worcester
**Case Number:**   4:03-cv-11318
**Filer:**
**Document Number:** 34

**Docket Text:**
Letter/request (non-motion) from Janet McGuiggan. (Hassett, Kathy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=6/12/2006] [FileNumber=1460757-0
] [d436f877527e529b96733063205c8edb05deb90953f441f5bf496577d03d0876d0a
794ee5e3cfef17e31d21d79ea95fe8182e33e43f478acde89856ef44aecc5]]

**4:03-cv-11318 Notice will be electronically mailed to:**

Theodore H. Goguen , Jr    tgoguen@gmrmlaw.com

Joseph M. Mahaney    JMAHANEY@GMRMLAW.COM

Janet J. McGuiggan    mcguigganj@ci.worcester.ma.us

**4:03-cv-11318 Notice will not be electronically mailed to:**

6/13/2006