



**DAVID M. MOORE**
CITY SOLICITOR

**CITY OF WORCESTER**
LAW DEPARTMENT
CITY HALL, ROOM 301
WORCESTER, MASSACHUSETTS 01608

FILED
IN CLERK'S OFFICE

2006 JUN 12  P 4: 08

U.S. DISTRICT COURT
DISTRICT OF M...

TELEPHONE
(508) 799-1161

FACSIMILE NUMBER
(508) 799-1163

June 12, 2006

Clerk's Office
U.S. District Court
595 Main Street
Worcester, MA 01608

Re: Patricia Wallis, As Administratrix of the Estate of
T. Jeffrey Healey, and next best friend v. Thomas Barney,
Kevin Johanson, Steven Hair, Michael Lahair, Ana Diaz
Francis Bartley and the City of Worcester
C.A. No. 03-11318(FDS)

Dear Sir/Madam:

Enclosed for filing in the above-referenced case, please find a copy of the 15-page investigation report which the defendants were court-ordered to produce.

Please excuse the defendants from the Court's electronic filing requirement because the City of Worcester Law Department does not have a scanner, and, therefore, I was unable to convert the exhibits to a PDF document for electronic filing. I apologize for any inconvenience this may cause.

Thank you for your attention to this matter.

Very truly yours,

Janet J. McGuiggan
Assistant City Solicitor

Enclosure
cc: Theodore H. Goguen, Jr., Esquire