UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS,<br>As Administratrix of the<br>Estate of T. Jeffrey Healey,<br>and next best friend,<br>     Plaintiff<br><br>v.<br><br>THOMAS BARNEY, KEVIN<br>JOHANSON, STEVEN HAIR,<br>MICHAEL LAHAIR, ANA DIAZ,<br>FRANCIS BARTLEY, and<br>CITY OF WORCESTER,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 03-11318(FDS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANTS' MOTION FOR LEAVE TO REPLY
TO PLAINTIFF'S SUPPLEMENT
TO HER OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Now come Defendants Thomas Barney, Kevin Johanson, Steven Hair, Michael Lahair, Ana Diaz, Francis Bartley and the City of Worcester ("Defendants") to request leave to reply to Plaintiff's Supplement to Her Opposition to Defendants' Motion for Summary Judgment. In support of Defendants' request for leave to reply, Defendants state that, at the June 5, 2006 hearing on Defendants' Motion for Summary Judgment, this Court ordered Defendants to provide the Court and Plaintiff with an unredacted copy of the investigation report of the decedent's suicide. This Court further ordered that the parties supplement the record relative to the investigation report, to the extent that the parties deemed necessary, on or before June 19, 2006. The deadline was extended to June 30th at Plaintiff's request. The Court specifically ordered the parties to limit their supplementation of the record to information related to the unredacted investigation report. On June 30th, Plaintiff electronically filed with this Court a

twelve-page document that purports to be Plaintiff's supplementation of the record. However, Plaintiff's filing does not comport with this Court's order in that it does not supplement the record, but, rather, it constitutes a second opposition to Defendants' Motion for Summary Judgment. Inasmuch as Plaintiff's filing goes beyond the limits of this Court's order and to the extent that this Court considers the substantive arguments raised therein, Defendants request leave to reply to the same.

     WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion for Leave to Reply to Plaintiff's Supplement to Her Opposition to Defendants' Motion for Summary Judgment.

                                           Respectfully submitted,

                                           Thomas Barney, Kevin Johanson,
                                           Steven Hair, Michael Lahair, Ana Diaz,
                                           Francis Bartley and City of Worcester,

                                           By their attorneys,

                                           David M. Moore
                                           City Solicitor


                                         /s/ Janet J. McGuiggan
                                         Assistant City Solicitor
                                         City of Worcester
                                         City Hall, Room 301
                                         455 Main Street
                                         Worcester, MA 01608
                                         (508) 799-1161
                                         BBO #630013

CERTIFICATE OF SERVICE

      I, Janet J. McGuiggan, hereby certify that the within document filed through the ECF electronic filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper copy will be served upon Plaintiff by mailing a copy of the same via first class mail, postage prepaid, to Theodore H. Goguen, Jr., Esquire, Goguen, McLaughlin, Richards & Mahaney, The Harriet Beecher Stowe House, 2 Pleasant Street, South Natick, MA 01760, on this 6th day of July, 2006.

                                        /s/ Janet J. McGuiggan
                                        Assistant City Solicitor