UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Patricia Wallis, as Administratrix of the Estate of T. Jeffrey Healey and Next Best Friend,**
        Plaintiff,

V.

**City of Worcester, Michael LaHair, Thomas Barney, Kevin Johanson, Steven Hair, Ana Diaz, and Francis Bartley,**
        Defendants,

CIVIL ACTION

NO. <u>03-11318-FDS</u>

## JUDGMENT

<u>Saylor, D. J.</u>

In accordance with the Court's Memorandum and Order dated <u>  3/1/07  </u> granting <u>  defendants'  </u> motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the <u>  Defendants  </u>

By the Court,

<u>  3/2/07  </u>
    Date

<u>/s/ Martin Castles  </u>
Deputy Clerk