UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA WALLIS, As Administratrix of the ESTATE OF T. JEFFREY HEALEY, and next best friend. *Plaintiff*<br><br>v<br><br>CITY OF WORCESTER, OFFICERS, MICHAEL LAHAIR, THOMAS BARNEY, KEVIN JOHANSON, STEVEN HAIR, ANNA DIAZ, FRANCIS BARTLEY IN THEIR CAPACITY AS POLICE OFFICERS OF THE CITY OF WORCESTER AND IN THEIR INDIVIDUAL CAPACITY *Defendants* | CIVIL ACTION<br>NO.: 03-11318-FDS |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Patricia Wallis, as Administratrix of the Estate of T. Jeffery Healey and next best friend appeals from the Judgment in a Civil Case entered in the above entitled action on March 2, 2007.

By Her Attorneys:

/s/ *Theodore H. Goguen, Jr., Esq.*
/s/ *Joseph M. Mahaney, Esq.*

Theodore H. Goguen, Jr., Esq.
BBO # 196740
Joseph M. Mahaney, Esq.
BBO # 549042
GOGUEN, MCLAUGHLIN, RICHARDS,
& MAHANEY, LLP
2 Pleasant Street
S. Natick, MA 01760
(508) 651-1000

Dated: March 13, 2007

1