APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:03-cv-11318-FDS

Wallis v. The City of Worcester
Assigned to: Judge F. Dennis Saylor, IV
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/15/2003
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Patricia Wallis**
*As Administratrix of the Estate of T. Jeffrey Healey, and next best friend*

represented by **Joseph M. Mahaney**
Goguen, McLaughlin, Richards & Mahaney, LLP
2 Pleasant Street
South Natick, MA 01760
508-651-1000
Fax: 508-651-1128
Email: JMAHANEY@GMRMLAW.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore H. Goguen, Jr.**
Goguen, McLaughlin, Richards & Mahaney, LLP
2 Pleasant Street
South Natick, MA 01760
508-651-1000
Email: tgoguen@gmrmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Certain John Doe Police Officers of the City of Worcester Police Department**
*TERMINATED: 06/05/2006*

represented by **Donald V. Rider, Jr.**
City of Worcester Law Department
City Hall - Room 301
455 Main Street
Worcester, MA 01608
508-799-1161
Fax: 508-799-1163
*TERMINATED: 05/15/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Janet J. McGuiggan**
City Hall
Room 301
455 Main Street
Worcester, MA 01608
508-799-1161
Fax: 508-799-1163
Email: mcguigganj@ci.worcester.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Barney**    represented by    **Janet J. McGuiggan**
City Hall
455 Main Street
Worcester, MA 01608
508-799-1161
Fax: 508-799-1163
Email: mcguigganj@ci.worcester.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francis Bartley**    represented by    **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Worcester**    represented by    **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ana Diaz**    represented by    **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Hair**    represented by    **Janet J. McGuiggan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Kevin Johanson                          represented by **Janet J. McGuiggan**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

Michael Lahair                          represented by **Janet J. McGuiggan**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2003 | 1 | COMPLAINT against Certain John Doe Police Officers of the City of Worcester Police Department Filing fee: $ 150, receipt number 48935, filed by Patricia Wallis.(Spencer, Sherry) (Entered: 07/17/2003) |
| 07/15/2003 |   | Summons Issued as to Certain John Doe Police Officers of the City of Worcester Police Department. (Spencer, Sherry) (Entered: 07/17/2003) |
| 07/15/2003 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Spencer, Sherry) (Entered: 07/17/2003) |
| 08/04/2003 | 2 | SUMMONS Returned Executed Certain John Doe Police Officers of the City of Worcester Police Department served on 7/29/2003, answer due 8/18/2003. (Spencer, Sherry) (Entered: 08/05/2003) |
| 09/09/2003 | 3 | ANSWER to Complaint with JURY DEMAND by Certain John Doe Police Officers of the City of Worcester Police Department.C/S (Spencer, Sherry) (Entered: 09/11/2003) |
| 09/09/2003 | 4 | MOTION to Change Venue From Boston to Worcester Federal Court by Certain John Doe Police Officers of the City of Worcester Police Department.C/S(Spencer, Sherry) (Entered: 09/11/2003) |
| 11/19/2003 | 5 | NOTE-THIS ENTRY HAS BEEN EXPUNGED PER JUDGE TAURO. THE SCANNED IMAGE WILL READ "NOTICE CAN'T SCAN" .. (Entered: 11/21/2003) |
| 12/05/2003 | 6 | NOTE-THIS ENTRY HAS BEEN EXPUNGED PER JUDGE TAURO. THE SCANNED IMAGE WILL READ "NOTICE CAN'T SCAN"... (Entered: 12/09/2003) |
| 01/08/2004 |   | Notice of correction to docket made by Court staff. Correction: Entries # 5 and 6 corrected because: These entries have been expunged from the record per Judge Tauro.. The images for these entries have been deleted |

| | | |
|---|---|---|
| | | and the text has been changed to reflect the expungment. (Spencer, Sherry) (Entered: 01/12/2004) |
| 02/27/2004 | | Judge Joseph L. Tauro : ELECTRONIC ORDER entered granting 4 Motion to Change Venue (Lovett, Zita) (Entered: 03/16/2004) |
| 03/16/2004 | 7 | Judge Joseph L. Tauro : ORDER entered, TRANSFERRING case to the Central Division(Worcester) for all purposes including trial. (Lovett, Zita) Additional attachment(s) added on 3/16/2004 (Abaid, Kim). (Entered: 03/16/2004) |
| 03/16/2004 | | Case transferred to Worcester Section; (Lovett, Zita) (Entered: 03/16/2004) |
| 03/16/2004 | | Case Reassigned to Judge Nathaniel M. Gorton. Judge Joseph L. Tauro no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Abaid, Kim) (Entered: 03/16/2004) |
| 03/17/2004 | | Case transferred in from Boston Division. Case Number 03-11318. Case assigned to Judge Nathaniel M. Gorton. (Jones, Sherry) (Entered: 03/17/2004) |
| 04/22/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered terminating 5 Motion to Produce. (cc/cl) (Castles, Martin) (Entered: 04/22/2004) |
| 05/18/2004 | 8 | NOTICE of Scheduling Conference Scheduling Conference set for 6/16/2004 03:00 PM in Courtroom 2 before Judge Nathaniel M. Gorton. (cc/cl)(Castles, Martin) (Entered: 05/18/2004) |
| 06/21/2004 | 9 | Case reassigned from Judge Gorton to Judge F. Dennis Saylor, IV upon appointment to the bench. Notice sent to counsel. (Jones, Sherry) (Entered: 06/21/2004) |
| 07/19/2004 | | Reset Hearings: Scheduling Conference reset for 8/4/2004 03:00 PM in Courtroom 2 before F. Dennis Saylor IV. (cc/cl) (Castles, Martin) (Entered: 07/19/2004) |
| 08/02/2004 | 10 | JOINT STATEMENT re scheduling conference. (Jones, Sherry) (Entered: 08/02/2004) |
| 08/04/2004 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Scheduling Conference held on 8/4/2004. Case called, Counsel appear for scheduling conference, Scheduling order to issue (Court Reporter None.) (Castles, Martin) (Entered: 08/04/2004) |
| 08/06/2004 | 11 | Judge F. Dennis Saylor IV: ORDER entered SCHEDULING ORDER: Final Pretrial Conference set for 12/8/2005 03:00 PM in Courtroom 2 before F. Dennis Saylor IV. Amended Pleadings due by 9/20/2004. Discovery due by 8/31/2005. Joinder of Parties due by 9/20/2004. Motions due by 9/30/2005. (cc/cl)(Castles, Martin) (Entered: 08/06/2004) |
| 06/13/2005 | 12 | MOTION to Extend Scheduling order by Patricia Wallis, c/s.(Hassett, Kathy) (Entered: 06/13/2005) |

| 06/23/2005 | 13 | Opposition re 12 MOTION for Extension of Time to Complete Discovery *Extend Scheduling Order* filed by Certain John Doe Police Officers of the City of Worcester Police Department. (Rider, Donald) (Entered: 06/23/2005) |
|---|---|---|
| 07/08/2005 |  | Judge F. Dennis Saylor IV: Electronic ORDER entered denying 12 Motion for Extension of Time to Complete Discovery for reasons stated in defendant's opposition. Plaintiffs have shown no good cause to modify the discovery deadlines. (Castles, Martin) (Entered: 07/11/2005) |
| 09/30/2005 | 14 | MOTION for Judgment on the Pleadings by Certain John Doe Police Officers of the City of Worcester Police Department.(Rider, Donald) (Entered: 09/30/2005) |
| 09/30/2005 | 15 | MEMORANDUM in Support re 14 MOTION for Judgment on the Pleadings filed by Certain John Doe Police Officers of the City of Worcester Police Department. (Rider, Donald) Additional attachment(s) added on 9/30/2005 (Hassett, Kathy). (Entered: 09/30/2005) |
| 09/30/2005 | 16 | MOTION to Compel *Plaintiff's Response to Defendants' Written Discovery* by Certain John Doe Police Officers of the City of Worcester Police Department.(Rider, Donald) Additional attachment(s) added on 9/30/2005 (Jones, Sherry). (Entered: 09/30/2005) |
| 10/12/2005 | 17 | MOTION for Extension of Time to Monday, November 14, 2005 to File Response/Reply as to 14 MOTION for Judgment on the Pleadings, 15 Memorandum in Support of Motion, 16 MOTION to Compel *Plaintiff's Response to Defendants' Written Discovery* by Patricia Wallis.(Goguen, Theodore) Additional attachment(s) added on 10/14/2005 (Jones, Sherry). (Entered: 10/12/2005) |
| 10/14/2005 |  | Judge F. Dennis Saylor IV: ElectronicORDER entered granting 17 Motion for Extension of Time to File Response/Reply re 14 MOTION for Judgment on the Pleadings, 16 MOTION to Compel *Plaintiff's Response to Defendants' Written Discovery*. Responses due by 11/14/2005. (Castles, Martin) (Entered: 10/14/2005) |
| 11/14/2005 | 18 | Opposition re 14 MOTION for Judgment on the Pleadings by Certain John Doe Police Officers of the City of Worcester Police Department (Rider, Donald) Modified on 11/14/2005 (Shattuck, Deborah). Additional attachment(s) added on 11/14/2005 (Hassett, Kathy). (Entered: 11/14/2005) |
| 11/14/2005 | 19 | MEMORANDUM in Opposition re 14 MOTION for Judgment on the Pleadings by Certain John Doe Police Officers of the City of Worcester Police Department. (Rider, Donald) Additional attachment(s) added on 11/14/2005 (Hassett, Kathy). (Entered: 11/14/2005) |
| 11/14/2005 | 20 | RESPONSE to Motion re 16 MOTION to Compel *Plaintiff's Response to Defendants' Written Discovery* filed by Patricia Wallis. (Goguen, Theodore) Additional attachment(s) added on 11/14/2005 (Hassett, |

| | | |
|---|---|---|
| | | Kathy). (Entered: 11/14/2005) |
| 11/14/2005 | 🔵 | Notice of correction to docket made by Court staff. Correction: Relationships to document numbers 18 and 19 corrected because: related to document #16, should have been document #14. (Hassett, Kathy) (Entered: 11/14/2005) |
| 12/06/2005 | 🔵 | Judge F. Dennis Saylor IV: Electronic ORDER entered. ORDER Cancelling Deadline. Pretrial conference set for 12/8/05 is hereby converted to a status conference. Court will discuss pending motions and any further scheduling deadlines needed. Status Conference set for 12/8/2005 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV.(Castles, Martin) (Entered: 12/06/2005) |
| 12/06/2005 | 🔵21 | MOTION for Leave to File *Brief in Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings* by Certain John Doe Police Officers of the City of Worcester Police Department. (Attachments: # 1)(Rider, Donald) Additional attachment(s) added on 12/6/2005 (Hassett, Kathy). (Entered: 12/06/2005) |
| 12/07/2005 | 🔵22 | MOTION to Continue *Status Conference* by Patricia Wallis.(Goguen, Theodore) Additional attachment(s) added on 12/8/2005 (Hassett, Kathy). (Entered: 12/07/2005) |
| 12/07/2005 | 🔵 | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 21 Motion for Leave to File reply and granting 22 Motion to Continue status conference. Status Conference reset for Monday 12/19/2005 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 12/07/2005) |
| 12/07/2005 | 🔵23 | REPLY to Response to Motion re 14 MOTION for Judgment on the Pleadings filed by Certain John Doe Police Officers of the City of Worcester Police Department. (Castles, Martin) (Entered: 12/07/2005) |
| 12/19/2005 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Status Conference held on 12/19/2005. Case called, Counsel appear for status conference, Court puts ruling on the record denying motion for judgment on the pleadings, Court grants plaintiff leave to file amended complaint, Court hears arguments on motion to compel, Court grants motion to compel and orders responses within 30 days, Court orders all motions to be filed in writing, Court sets Pretrial Conference for Wednesday 3/1/2006 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 12/19/2005) |
| 12/19/2005 | 🔵 | Judge F. Dennis Saylor IV: Electronic ORDER entered in open court this date for the reasons stated.denying 14 Motion for Judgment on the Pleadings, granting 16 Motion to Compel. (Castles, Martin) (Entered: 12/20/2005) |

| | | |
|---|---|---|
| 02/08/2006 | 24 | MOTION to Amend *Complaint* by Patricia Wallis. (Attachments: # (1) Exhibit A# (2) Proposed Amended Complaint)(Goguen, Theodore) Additional attachment(s) added on 2/9/2006 (Hassett, Kathy). (Entered: 02/08/2006) |
| 02/22/2006 | 25 | NOTICE of Appearance by Janet J. McGuiggan on behalf of Certain John Doe Police Officers of the City of Worcester Police Department (McGuiggan, Janet) (Entered: 02/22/2006) |
| 02/22/2006 | 26 | Opposition re 24 MOTION to Amend *Complaint* filed by Certain John Doe Police Officers of the City of Worcester Police Department. (McGuiggan, Janet) Additional attachment(s) added on 2/23/2006 (Hassett, Kathy). (Entered: 02/22/2006) |
| 03/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Pretrial Conference held on 3/1/2006, Case called, Counsel appear for pretrial conference, Court rules on plaintiff's motion for leave to amend the complaint, Motion granted in part and denied in part, Plaintiff to file amended complaint by 3/8/06, Dispositive motions to be filed by 5/22/06, Motion Hearing on dispositive motions is set for 6/5/2006 02:00 PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 03/01/2006) |
| 03/02/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting in part and denying in part 24 Motion to Amend for the reasons stated in open court. (Castles, Martin) (Entered: 03/02/2006) |
| 03/08/2006 | 27 | AMENDED COMPLAINT *SECOND* against all defendants, filed by Patricia Wallis.(Goguen, Theodore) Additional attachment(s) added on 3/8/2006 (Hassett, Kathy). (Entered: 03/08/2006) |
| 03/28/2006 | 28 | *Defendants'* ANSWER to Amended Complaint *(Second)* by Thomas Barney, Francis Bartley, City of Worcester, Ana Diaz, Steven Hair, Kevin Johanson, Michael Lahair.(McGuiggan, Janet) (Entered: 03/28/2006) |
| 05/01/2006 | 29 | MOTION for Summary Judgment by Thomas Barney, Francis Bartley, City of Worcester, Ana Diaz, Steven Hair, Kevin Johanson, Michael Lahair.(McGuiggan, Janet) (Entered: 05/01/2006) |
| 05/01/2006 | 30 | MEMORANDUM in Support re 29 MOTION for Summary Judgment filed by Thomas Barney, Francis Bartley, City of Worcester, Ana Diaz, Steven Hair, Kevin Johanson, Michael Lahair. (McGuiggan, Janet) Additional attachment(s) added on 5/1/2006 (Hassett, Kathy). (Entered: 05/01/2006) |
| 05/15/2006 | 31 | Assented to MOTION for Extension of Time to May 31, 2006 to Respond to Defendants Motion for Summary Judgment by Patricia Wallis.(Goguen, Theodore) (Entered: 05/15/2006) |
| 05/15/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 31 Motion for Extension of Time. (Castles, Martin) (Entered: 05/15/2006) |

| | | |
|---|---|---|
| 05/31/2006 | 32 | Opposition re 29 MOTION for Summary Judgment filed by Patricia Wallis. (Goguen, Theodore) (Entered: 05/31/2006) |
| 05/31/2006 | 33 | MEMORANDUM in Opposition re 29 MOTION for Summary Judgment filed by Patricia Wallis. (Attachments: # 1 Memorandum fo Law in Opposition pp. 8-15# 2 Affidavit of Patricia Wallis# 3 Affidavit of Attorney Joseph M. Mahaney# 4 Exhibit Incident Report# 5 Exhibit Medical Records)(Goguen, Theodore) (Entered: 05/31/2006) |
| 06/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Status Conference held on 6/2/2006. Case called, Counsel appear for status conference, Court and counsel discuss pending summary judgment motion, Court takes motion under advisement. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 06/05/2006) |
| 06/05/2006 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Motion Hearing held on 6/5/2006 re 29 MOTION for Summary Judgment filed by City of Worcester, Kevin Johanson, Michael Lahair, Thomas Barney, Steven Hair, Ana Diaz, Francis Bartley. Case called, Counsel appear for hearing on motion, Court hears arguments of counsel, Court orders dfts to produce unredacted incident report by 6/12/06, City to file any objection in writing by same date, Parties to be granted leave to supplement the record by 6/19/06. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) Modified on 6/6/2006 (Hassett, Kathy). (Entered: 06/05/2006) |
| 06/05/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered taking under advisement after hearing on 6/5/06 29 Motion for Summary Judgment. (Castles, Martin) Modified on 12/22/2006 (Castles, Martin). (Entered: 12/22/2006) |
| 06/12/2006 | 34 | Letter/request UNDER SEAL (non-motion) from Janet McGuiggan. (Hassett, Kathy) Additional attachment(s) added on 6/22/2006 (Castles, Martin). Modified on 6/22/2006 (Castles, Martin). Event modified to seal document. (Entered: 06/12/2006) |
| 06/19/2006 | 35 | MOTION for Extension of Time to June 30, 2006 to File Response/Reply as to 29 MOTION for Summary Judgment by Patricia Wallis.(Goguen, Theodore) (Entered: 06/19/2006) |
| 06/19/2006 | 36 | Opposition re 35 MOTION for Extension of Time to June 30, 2006 to File Response/Reply as to 29 MOTION for Summary Judgment filed by all defendants. (McGuiggan, Janet) (Entered: 06/19/2006) |
| 06/19/2006 | 37 | EXHIBIT A & B re 36 Opposition to Motion by Thomas Barney, Francis Bartley, City of Worcester, Ana Diaz, Steven Hair, Kevin Johanson, Michael Lahair. (Attachments: # 1 Exhibit B)(Jones, Sherry) (Entered: 06/19/2006) |
| 06/21/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 35 Motion for Extension of Time to File Response/Reply. No further |

| | | |
|---|---|---|
| | | extensions will be allowed. (Castles, Martin) (Entered: 06/21/2006) |
| 06/30/2006 | 38 | Supplemental Opposition re 29 MOTION for Summary Judgment filed by Patricia Wallis. (Attachments: # 1 Supplement pages 6-12 of Plaintiff's Supplemental response)(Goguen, Theodore) (Entered: 06/30/2006) |
| 07/06/2006 | 39 | MOTION for Leave to File *Reply to Plaintiff's Supplement* by all defendants.(McGuiggan, Janet) (Entered: 07/06/2006) |
| 07/06/2006 | 40 | REPLY to Response to Motion re 39 MOTION for Leave to File *Reply to Plaintiff's Supplement* filed by all defendants. (McGuiggan, Janet) (Entered: 07/06/2006) |
| 07/06/2006 |  | Judge F. Dennis Saylor IV: ORDER entered granting 39 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Hassett, Kathy) (Entered: 07/07/2006) |
| 03/01/2007 | 41 | Judge F. Dennis Saylor IV: MEMORANDUM AND ORDER entered granting 29 Motion for Summary Judgment. (Castles, Martin) (Entered: 03/01/2007) |
| 03/02/2007 | 42 | Judge F. Dennis Saylor IV: ORDER entered. JUDGMENT in favor of Defendants against Plaintiff.(Castles, Martin) (Entered: 03/02/2007) |
| 04/02/2007 | 43 | NOTICE OF APPEAL by Patricia Wallis Filing fee $ 455, receipt number 1467772 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/23/2007. (Goguen, Theodore) (Entered: 04/02/2007) |