## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name ___FDS Wallis v. The City of Worcester___

District Court Case No. _03-cv-11318 FDS_ District of _Massachusetts_

Date Notice of Appeal filed _March 13, 2007_ Court of Appeals Case No. _____

Form filed on behalf of _Patricia Wallis - Appellant_

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _✓_

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter_____ _N/A_

Phone Number of Reporter_____ _N/A_

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _THEODORE H. GOGUEN_ Filer's Signature _Theod. H. Goguen_

Firm/Address _2 PLEASANT ST, S. NATICK, MA. 01760_

Telephone number _508-651-1000_ Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

**SEE INSTRUCTIONS ON REVERSE**