# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number 03cv11318

Patricia Wallis

V

The City of Worcester

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:   45

is a copy and may be destroyed when the appeal is completed.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 4/24/07.

Sarah A. Thornton, Clerk of Court

By:   /s/ Kathy Hassett
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06