# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 03CV11318-FDS

Patricia Wallis

v.

City of Worcester et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 7-33, 35-43

and contained in Volume(s) 1 are copies of the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/2/07.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 4/3/07.

Sarah A Thornton, Clerk of Court

By:   /s/ Kathy Hassett
       Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/23/07.

_____
Deputy Clerk, US Court of Appeals

RECEIVED APR 13 2007 U.S. Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1593

RETURN TO:  US DISTRICT COURT
            595 MAIN STREET, SUITE 502
            WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06