

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 07-1593

PATRICIA WALLIS, as Administratrix of the Estate of
T. Jeffrey Healey and Next Best Friend,

Plaintiff, Appellant,

v.

CITY OF WORCESTER; MICHAEL LAHAIR; THOMAS BARNEY;
KEVIN JOHANSON; STEVEN HAIR; ANA DIAZ; FRANCIS BARTLEY,

Defendants, Appellees.

### JUDGMENT

Entered: October 26, 2007
Pursuant to 1st Cir. R. 27.0(d)

By notice issued August 30, 2007 and September 26, 2007, appellant was notified that she was in default for failure to file an opening brief. Appellant was warned that unless she filed a brief by October 10, 2007, her appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
    Chief Deputy Clerk

[cc: Joseph M. Mahaney, Esq., Theodore H. Goguen, Esq., Janet J. McGuiggan, Esq.]