UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA WALLIS

        V.                       Case No. 03-11318-FDS

CITY OF WORCESTER, ET AL.

**O R D E R**

F Dennis Saylor, IV, D.J.

    Please take notice that the records of the Court contain material that was filed in the above case pursuant to a protective, confidentiality or impoundment order.

    The material having been filed without a cut-off date or the cut-off date for maintaining the records pursuant to Local Rule 7.2 having expired, it is hereby ORDERED that the documents numbered below will be placed in the public file of this case without further notice unless, within 20 days of the date of this order, an appropriate motion regarding future custody of this material is filed.

                                                  By the Court,

                                                  /s/ Sherry Jones
                                                  **Deputy Clerk**

Date: 3/18/08

Re:    Documents #

#34 Letter from Janet McGuiggan

(Impound.ord - 09/96)                                                                                                             [or7.]